UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARL W. JAMES, | ) | No. EDCV 07-1018-PA(RC) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) plaintiff's request for relief is denied; and (3) the Commissioner's decision is affirmed, and Judgment shall be entered in favor of defendant.

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: December 19, 2008

```
_____
         PERCY ANDERSON
   UNITED STATES DISTRICT JUDGE
```

R&Rs\07-1018.ado
11/25/08