1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | EARL W. JAMES,                    )   No. EDCV 07-1018-PA(RC)
                                      )
12 |              Plaintiff,          )
                                      )
13 | vs.                              )   JUDGMENT
                                      )
14 | MICHAEL J. ASTRUE,               )
   | Commissioner of Social Security, )
15 |                                  )
   |              Defendant.          )
16 |_____  )

17

18        IT IS ADJUDGED that Judgment be entered in favor of defendant.

19

20   DATED: December 19, 2008

21                                    _____
                                                PERCY ANDERSON
22                                      UNITED STATES DISTRICT JUDGE

23   R&Rs\07-1018.jud
     11/25/08

24

25

26

27

28